George Anthony MARTIN, Appellant, v.
State of Texas, Appellee.

No. 23141.

Court of Criminal Appeals of Texas.

May 2, 1945.

Percy Foreman, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

The indictment properly charged appellant with robbing Mrs. John Musàchia of $3,000. Upon conviction punishment was assessed at five years in the penitentiary.

Appellant has filed his personal affidavit requesting that his appeal be dismissed, and it is so ordered.

Ex parte Foy CROWELL.

No. 23170.

Court of Criminal Appeals of Texas.

June 6, 1945.

J. E. Newberry and M. M. Wade, both of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Relator has filed his affidavit, in accordance with the law, requesting the dismissal of the appeal which is accordingly done.